Argued and submitted August 1, affirmed September 13, petition for review allowed December 26, 1995 (322 Or 420)

STATE OF OREGON,
*Appellant,*

*v.*

JAMES DANIEL BOONE,
*Respondent.*

(93-2156-CR; CA A84673)

901 P2d 990

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Michael Ratliff argued the cause and filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Cook*, 136 Or App 525, 901 P2d 911 (1995).